IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RABBANI MOHAMMAD ALI, | CASE NO. 5:12-cv-02917 EJD |
| Plaintiff(s), | **ORDER DISMISSING CASE** |
| v. | |
| USCIS, | |
| Defendant(s). | |

On April 16, 2012, Judge William Q. Hayes of the Southern District of California denied Plaintiff's application to proceed in forma pauperis and ordered Plaintiff to pay the applicable filing fee within thirty days. See Docket Item No. 7. Judge Hayes warned Plaintiff that "[i]f Plaintiff fails to submit payment, the Court will close this case without prejudice to Plaintiff re-filing the Complaint at a later date." See id. This case was then transferred to this court on June 5, 2012, and assigned to Judge Edward J. Davila on July 16, 2012. See Docket Item Nos. 12, 16.

The court has reviewed the docket and finds that Plaintiff failed to comply with Judge Hayes' order to pay the filing fee by May 16, 2012. Accordingly, this case is DISMISSED WITHOUT PREJUDICE. The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: July 17, 2012

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:12-cv-02917 EJD
ORDER DISMISSING CASE